Case 1:18-md-02865-LAK   Document 189   Filed 08/23/19   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   SEP - 3 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND SCHEME LITIGATION

This document relates to: 18-cv-09797,
18-cv-09836, 18-cv-09837, 18-cv-09838,
18-cv-09839, 18-cv-09840, 18-cv-09841

MASTER DOCKET

18-md-2865 (LAK)

## STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR SKATTEFORVALTNINGEN'S MOTION TO DISMISS THE UTAH PLAN DEFENDANTS' COUNTERCLAIMS

IT IS HEREBY STIPULATED AND AGREED by and between Counterclaim-Plaintiffs in the above-captioned related actions (the "Utah Plans") and Counterclaim-Defendant Skatteforvaltningen ("SKAT") that the briefing schedule for SKAT's motion to dismiss the Utah Plans' Counterclaims (Doc. No. 179) filed by SKAT on August 19, 2019 (the "Motion") is modified as follows:

1.    The Utah Plans' current September 3, 2019 deadline to submit a response to the Motion is hereby extended seven (7) days up to and including September 10, 2019.

2.    SKAT's deadline to submit a reply in further support of its Motion shall be September 24, 2019.

This is the parties' first request to modify the briefing schedule of the Motion.

Dated: August 23, 2019

By: */s/ Sarah L. Cave* (e-signed with consent)
    Sarah L. Cave
    HUGHES HUBBARD & REED LLP
    One Battery Park Plaza
    New York, NY 10004
    T: (212) 837-6000
    F: (212) 422-4726
    sarah.cave@hugheshubbard.com

    *Counsel for Plaintiff/Counterclaim-*
    *Defendant Skatteforvaltningen*

By: */s/ John C. Blessington*
    John C. Blessington (*pro hac vice*)
    K&L GATES LLP
    State Street Financial Center
    One Lincoln Street
    Boston, MA 02111
    T: 617.261.3100
    F: 617.261.3175
    john.blessington@klgates.com

    *Counsel for Defendants/Counterclaim-*
    *Plaintiffs DW Construction, Inc.*
    *Retirement Plan, Kamco Investments,*
    *Inc. Pension Plan, Kamco LP Profit*
    *Sharing Pension Plan, Linden*
    *Associates Defined Benefit Plan,*
    *Moira Associates Defined Benefit*
    *Plan, Riverside Associates Defined*
    *Benefit Plan, American Investment*
    *Group of New York, L.P. Pension*
    *Plan, Stacey Kaminer, Joan Schulman,*
    *and David Schulman*

SO ORDERED:


_____
Hon. Lewis A. Kaplan
United States District Judge