**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: All cases. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

<u>**NOTICE OF MOTION AND MOTION
FOR WITHDRAWAL OF APPEARANCE**</u>

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Court for the Southern District of New York, I, Marc A. Weinstein, a partner with the law firm Hughes Hubbard & Reed LLP, hereby notify the Court that Sarah L. Cave is no longer associated with the law firm Hughes Hubbard & Reed LLP.  I, along with William R. Maguire and Neil J. Oxford, partners with the law firm Hughes Hubbard & Reed LLP, and John T. McGoey, counsel with the law firm Hughes Hubbard & Reed LLP, will continue to serve as lead counsel for Plaintiff Skatteforvaltningen.  Accordingly, I hereby request that Ms. Cave's name and email address be removed from the official docket of this multi-district litigation and the individual dockets of all cases consolidated herein.

<table>
<tr><td>Dated: New York, New York<br>October 2, 2019</td><td>Respectfully submitted,<br><br>HUGHES HUBBARD & REED LLP<br><br>By: /s/ Marc A. Weinstein<br>William R. Maguire<br>Marc A. Weinstein<br>Neil J. Oxford<br>John T. McGoey<br>One Battery Park Plaza<br>New York, NY 10004-1482<br>Tel.: (212) 837-6000<br>Fax: (212) 422-4726<br>Email: Marc.weinstein@hugheshubbard.com<br><br>*Attorneys for Plaintiff Skatteforvaltningen*</td></tr>
</table>

SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge