# Exhibit 10

Case 1:18-md-02865-LAK    Document 332-22    Filed 04/27/20    Page 2 of 2



# Ganymede Cayman Limited

Harneys Services (Cayman) Limited,
3rd Floor, Queensgate House,
113 South Church Street,
PO Box 10240,
Grand Cayman KY1-1002
Cayman Islands

**Invoice Date**     22nd January 2013

**Invoice Number**   00014

**To**               Sterling Alpha LLC 401(k) Profit Sharing Plan
                     John Doscas

**Address**          11 Sterling Lane,
                     Sands Point, NY 11050,
                     United States of America

Description

| Description | Amount Euro |
| --- | --- |
| Amount due under Tax Reclaim Advisory Services Agreement | € 203,872.00 |
| Total amount due in January 2013 | € 203,872.00 |

Contact            Raj Shah
Contact Telephone  00971 (0) 4 376 4200
Contact Email      Ganymede@ganymedecayman.com

**Amount due on invoice date.**

Payment details:
Bank details:

JPMORGAN CHASE BANK FRANKFURT           CHASDEFX
JPMORGAN CHASE BANK                     CHASGB2L
FURTHER CREDIT TO SOLO CAPITAL PARTNERS LLP
A/C # ▮▮▮▮▮▮3630
IBAN GB08CHAS60924241243630

ELYSIUM-00001683