## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND SCHEME LITIGATION

This document relates to:       18-cv-05053,
18-cv-09797, 18-cv-09836, 18-cv-09837,
18-cv-09838, 18-cv-09839, 18-cv-09840,
18-cv-09841, 18-cv-10100

MASTER DOCKET

18-md-2865 (LAK)

### STIPULATION AND [PROPOSED] ORDER REGARDING
### DEADLINES RELATED TO THIRD-PARTY DEFENDANT
### ED&F MAN CAPITAL MARKETS, LTD.'S MOTION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between Third-Party Plaintiffs

Darren Wittwer, Robert Crema, and Acer Investment Group, LLC (the "Third-Party Plaintiffs")

and Third-Party Defendant ED&F Man Capital Markets, Ltd. ("Third-Party Defendant" and with

the "Third-Party Plaintiffs," the "Parties") that:

1. The Third-Party Plaintiffs shall respond to the Third-Party Defendant's Motions to

    Dismiss [Doc. Nos. 573 & 575] on or before May 21, 2021,

2. The Third-Party Defendant shall file any reply memoranda of law on or before June

    15, 2021.

This is the Parties' second request to modify the time for motion practice related to the

Third-Party Plaintiffs' claims against the Third-Party Defendant.  On February 18, 2021, this Court

granted the Parties' first request to extend the time for answers or motion practice in response the

Third-Party Plaintiffs' third-party complaints.  [Doc. No. 537].

Dated: May 12, 2021

By: */s/ Neil S. Binder*                         
Neil S. Binder
Binder & Schwartz LLP
366 Madison Avenue, 6th Floor
New York, NY 10017
Telephone: 212-510-7031
Facsimile: 212-510-7299
nbinder@binderschwartz.com


*On behalf of Third-Party Defendant ED&F Man Capital Markets, Ltd.*

By: */s/ John C. Blessington*               
John C. Blessington
K&L Gates LLP
One Lincoln Street
State Street Financial Center
One Lincoln Street
Boston, MA  02111
T: 617.261.3100
john.blessington@klgates.com


*On behalf of Darren Wittwer, Robert Crema, and Acer Investment Group, LLC*


SO ORDERED:


_____

Hon. Lewis A. Kaplan

United States District Judge