**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND LITIGATION

This document relates to: 1:18-cv-05053-LAK;
1:18-cv-09797-LAK; 1:18-cv-09836-LAK;
1:18-cv-09837-LAK; 1:18-cv-09838-LAK;
1:18-cv-09839-LAK; 1:18-cv-09840-LAK;
1:18-cv-09841-LAK; 1:18-cv-10100-LAK

MASTER DOCKET

Case No.: 1:18-md-02865-LAK

## STIPULATION AND [PROPOSED] ORDER REGARDING THIRD-PARTY DEFENDANT ED&F MAN CAPITAL MARKETS, LTD.'S TIME TO RESPOND TO ACER INVESTMENT GROUP, LLC, DARREN WITTWER, AND ROBERT CREMA'S MOTION TO AMEND

WHEREAS, Third-Party Plaintiffs Acer Investment Group, LLC ("Acer"), Darren

Wittwer, and Robert Crema (collectively, the "Third-Party Plaintiffs") filed a joint Motion to

Amend (the "Motion") their Third-Party Complaints against ED&F Man Capital Markets, Ltd.

("ED&F") in the above-captioned proceedings on November 29, 2021;

IT IS HEREBY STIPULATED AND AGREED, by and between ED&F and the Third-

Party Plaintiffs, that:

1.    ED&F shall file its opposition to the Motion on or before January 14, 2022; and

2.    The Third-Party Plaintiffs shall file any reply on or before February 4, 2022.

No provision of this Stipulation and Order shall be construed as a waiver of, and ED&F

and the Third-Party Plaintiffs expressly reserve, all claims and defenses. This is the first

request to modify the briefing schedule for the Motion.

Dated:          New York, New York
                December 7, 2021

**BINDER & SCHWARTZ LLP**

By:  /s/ Neil S. Binder
     Neil S. Binder
     M. Tomas Murphy
     Gregory C. Pruden
     366 Madison Avenue, 6th Floor
     New York, NY 10017
     Telephone:  212-510-7031
     Facsimile:    212-510-7299
     nbinder@binderschwartz.com

     *Attorneys for Third-Party Defendant ED&F
     Man Capital Markets, Ltd.*

**K&L GATES LLP**

By:  /s/ John C. Blessington
     John C. Blessington (*pro hac vice*)
     Brandon R. Dillman (*pro hac vice*)
     State Street Financial Center
     One Lincoln Street
     Boston, MA 02111
     Telephone:  617.261.3100
     Facsimile:    617.261.3175
     John.Blessington@klgates.com
     Brandon.Dillman@klgates.com

     *Attorneys for Third-Party Plaintiffs Acer
     Investment Group, LLC, Darren Wittwer, and
     Robert Crema*

SO ORDERED:

Hon. Lewis A. Kaplan
United States District Judge

11/8/2?

2