**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND LITIGATION<br><br>This document relates to: 1:18-cv-05053-LAK; 1:18-cv-09797-LAK; 1:18-cv-09836-LAK; 1:18-cv-09837-LAK; 1:18-cv-09838-LAK; 1:18-cv-09839-LAK; 1:18-cv-09840-LAK; 1:18-cv-09841-LAK; 1:18-cv-10100-LAK | MASTER DOCKET<br><br>Case No.: 1:18-md-02865-LAK |

**STIPULATION AND [PROPOSED] ORDER REGARDING THIRD-PARTY DEFENDANT ED&F MAN CAPITAL MARKETS, LTD.'S TIME TO RESPOND TO ACER INVESTMENT GROUP, LLC, DARREN WITTWER, AND ROBERT CREMA'S MOTION TO AMEND**

WHEREAS, Third-Party Plaintiffs Acer Investment Group, LLC ("Acer"), Darren Wittwer, and Robert Crema (collectively, the "Third-Party Plaintiffs") filed a joint Motion to Amend (the "Motion") their Third-Party Complaints against ED&F Man Capital Markets, Ltd. ("ED&F") in the above-captioned proceedings on November 29, 2021;

IT IS HEREBY STIPULATED AND AGREED, by and between ED&F and the Third-Party Plaintiffs, that:

1. ED&F shall file its opposition to the Motion on or before February 4, 2022; and

2. The Third-Party Plaintiffs shall file any reply on or before March 4, 2022.

No provision of this Stipulation and Order shall be construed as a waiver of, and ED&F and the Third-Party Plaintiffs expressly reserve, all claims and defenses.  This is the second request to modify the briefing schedule for the Motion; the first such request was granted.  *See* ECF No. 703.

Dated:     New York, New York
           January 6, 2022

**BINDER & SCHWARTZ LLP**

By: */s/ Neil S. Binder*
    Neil S. Binder
    M. Tomas Murphy
    Gregory C. Pruden
    366 Madison Avenue, 6th Floor
    New York, NY 10017
    Telephone:  212-510-7031
    Facsimile:  212-510-7299
    nbinder@binderschwartz.com
    tmurphy@binderschwartz.com
    gpruden@binderschwartz.com

    *Attorneys for Third-Party Defendant ED&F Man Capital Markets, Ltd.*

**K&L GATES LLP**

By: */s/ Brandon R. Dillman*
    John C. Blessington (*pro hac vice*)
    Brandon R. Dillman (*pro hac vice*)
    State Street Financial Center
    One Lincoln Street
    Boston, MA 02111
    Telephone:  617.261.3100
    Facsimile:  617.261.3175
    John.Blessington@klgates.com
    Brandon.Dillman@klgates.com

    *Attorneys for Third-Party Plaintiffs Acer Investment Group, LLC, Darren Wittwer, and Robert Crema*

SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge

2